No. 24, original. Ex parte MADDEN BROS., INC. Return to rule submitted May 18, 1931. Decided May 25, 1931. *Per Curiam:* Upon consideration of the return of the Honorable Joseph W. Molyneaux to the rule, hereto-

fore issued to him, to show cause why a writ of mandamus should not issue directing and commanding him to vacate, annul, and set aside the order and decree of August 9, 1930, dismissing the bill of complaint in the case of *Madden Bros., Inc.,* v. *Railroad & Warehouse Commission of Minnesota et al.,* and to call to his assistance two other judges and proceed in the said cause according to and in compliance with the provisions of § 266 of the Judicial Code in order to hear and determine the application for an interlocutory injunction in said cause;

It is now here ordered that the said rule be, and the same is hereby, made absolute. *Mr. E. W. MacPherran* for petitioner. *Messrs. Henry N. Benson, Charles E. Phillips,* and *John F. Bonner* for respondent.